**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR1571-JAH |
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT AS TO ISRAEL CALDERA (4) WITHOUT PREJUDICE, AND TO EXONERATE BOND |
| ISRAEL CALDERA (4), | |
| Defendant. | |

Based on the reasons cited in the United States' Unopposed Motion to Dismiss (including related documents filed with the Court), and for good cause appearing, it is hereby ordered that the Indictment against ISRAEL CALDERA is dismissed without prejudice.

It is further ordered that ISRAEL CALDERA's bond shall be exonerated.

SO ORDERED.

Dated:  February 8, 2016

_____
HONORABLE JOHN A. HOUSTON
United States District Judge